IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants.<br>_____/ | 1:14-cv-0452-AWI-SKO<br><br>**ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

On May 15, 2014, Defendants Centex Homes and Centex Real Estate Corporation filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The motion is set for hearing on June 23, 2014. On June 9, 2014, Plaintiffs Travelers Indemnity Company and Travelers Property Casualty Company filed an opposition. Defendants filed their reply on June 16, 2014. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). The hearing date of June 23, 2014 is hereby VACATED and the

parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 17, 2014                                   /s/ Lawrence J. O'Neill
                                                   SENIOR DISTRICT JUDGE