UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | ) Case No. 1:14−CV−00452-LJO-GSA<br>)<br>) Hon. Lawrence J. O'Neill<br>)<br>) **ORDER ON STIPULATION FOR**<br>) **PLAINTIFFS' FILING OF FIRST**<br>) **AMENDED COMPLAINT AND**<br>) **WITHDRAWAL OF PENDING MOTION**<br>) **TO DISMISS [DKT. NO. 7]**<br>)<br>)<br>) Complaint Filed:  March 28, 2014<br>) Trial Date:  Not Set<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

IT IS HEREBY ORDERED THAT Defendants Centex Homes and Centex Real Estate Corporation's pending Motion to Dismiss [Dkt. No. 7] has been withdrawn;

1

CASE NO: 1:14−CV−00452−LJO-GSA
**ORDER ON STIPULATION FOR PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT AND WITHDRAWAL OF PENDING MOTION TO DISMISS [DKT. NO. 7]**

IT IS FURTHER ORDERED THAT  Plaintiffs Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America shall file a First Amended Complaint by December 1, 2014; and

IT IS FURTHER ORDERED THAT Defendants Centex Homes and Centex Real Estate Corporation shall file a responsive pleading to the First Amended Complaint by December 22, 2014.

IT IS SO ORDERED.

Dated:   **November 21, 2014**           /s/ Lawrence J. O'Neill
                                                                                        UNITED STATES DISTRICT JUDGE

2

CASE NO: 1:14−CV−00452−LJO-GSA
**ORDER ON STIPULATION FOR PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT AND WITHDRAWAL OF PENDING MOTION TO DISMISS [DKT. NO. 7]**